IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| SAMUEL L. PERKINS | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:02-CV-00432 |
| INTERNATIONAL PAPER, | ) |
| Defendant. | ) |

### DECLARATION OF MARY JANE PALMER IN SUPPORT OF MOTION TO APPEAR PRO HAC VICE

MARY JANE PALMER declares as follows:

1. I make this declaration in support of my application for admission *pro hac vice* in the above-reference action pursuant to Local Rule 83.5(d).

2. My office address is: International Paper Company, 4600 Poplar Ave., Room 2-208, Memphis, Tennessee 38197.

3. I was admitted to the Bars of the Courts listed in Attachment 1 hereto on the noted dates.

4. I am a member in good standing of the Bars of the Courts listed in Attachment 1 hereto and am eligible to practice in all of said courts. A current Certificate of Good Standing from the District Court for the Western District of Tennessee is attached hereto as Attachment 2.

5. I have never been suspended or disbarred in any court, nor have I been denied admission to practice before any state or federal court.



I declare under penalty of perjury, pursuant to 26 U.S.C. § 1746, that the foregoing statements are true and correct.

Executed this 6th day of January, 2004.

*[signature]*

## MARY JANE PALMER

### TENNESSEE BAR NO. 017511

### ACTIVE COURT ADMISSIONS - IN GOOD STANDING

Supreme Court of Tennessee, October 31, 1995

U.S. District Court for the Western District of Tennessee, October 31, 1995

U.S. District Court for the Eastern District of Tennessee, January 28, 1999

U.S. District Court for the North District of Mississippi, May 20, 1998

U.S. District Court for the Southern District of Mississippi, May 20, 1998

U.S. District Court for the Northern District of Illinois, July 22, 1998

U.S. Court of Appeals for the 8th Circuit, April 27, 1998

U.S. Court of Appeals for the 6th Circuit, May 26, 1998

U.S. Court of Appeals for the 3d Circuit, May 27, 1998

U.S. Court of Appeals for the 9th Circuit, Nov. 19, 1998

U.S. District Court of Arizona, January 19, 1999

U.S. District Court for the Middle District of Tennessee, May 22, 2001

U.S. Court of Appeals for the 4th Circuit, May 22, 2002

United States Supreme Court, August, 2003



# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA          } SS.

WESTERN DISTRICT OF TENNESSEE

I, ROBERT R. DI TROLIO, Clerk of the United States for the Western District of Tennessee, Western Division,

DO HEREBY CERTIFY That **MARY JANE PALMER** Was duly admitted to practice in said Court on November 29, 1995 and is in good standing as a member of the bar of said Court.

Dated at Memphis, Tennessee

on December 24, 2003.

ROBERT R. DI TROLIO
Clerk of Court

By /s/ [signature]
Deputy Clerk

