Thu Jan 15 14:31:33 2004

UNITED STATES DISTRICT COURT
CINCINNATI, OH

Receipt No.       100 421597
Cashier                ahl

Tender Type  CHECK

Check Number: 6133

Transaction Type   C

Case No./Def No.  1:04-LB-ATTY  /

DO Code    Div No         Acct
4651         1           6855XX

Amount                    $    50.00

GRAYDON HEAD

PRO HAC/PALMER/02-432


Thu Jan 15 14:31:33 2004
Check No. 6133
Amount$    50.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4651