IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **SAMUEL L. PERKINS,** | ] | |
| **Plaintiff,** | ] | Case No. C-1-02-432 |
| -vs- | ] | Chief Judge S. Arthur Spiegel |
| **INTERNATIONAL PAPER,** | ] | **JOINT MOTION REQUESTING EXTENSION OF** |
| **Defendant.** | ] | **DISCOVERY DEADLINE** |

Plaintiff Samuel L. Perkins, by and through his attorney, requests a thirty-day extension of the discovery completion deadline in the above matter due to the recent settlement negotiations. Plaintiff's deposition is scheduled to be taken on March 31, 2004. For these reasons, Plaintiff would request that the discovery deadline date be changed from April 1, 2004 to May 1, 2004. Said extension would not create an undue hardship on either party and would enable the parties more time to see if an amicable settlement can be reached in this matter.

Defendant's attorney, Mary Jane Palmer, was contacted via facsimile on March 19, 2004 with a copy of the request by facsimile to local counsel, Michael Roberts, and neither attorney for International Paper opposes the request for extending the discovery deadline to May 1, 2004.

Further, both parties have agreed to extend the deadline to file dispositive motions from May 1, 2004 to June 1, 2004.

Respectfully submitted,

Agreed:

 /S/ James A Whitaker
James A. Whitaker (0000992)
Attorney for Plaintiff
226 Reading Road
Mason, OH 45040
(513) 398-1910
Fax (513) 398-0181

/S/ Per telephone authorization 3/23/04
Mary Jane Palmer (TN Bar 017511)
International Paper
6400 Poplar Ave., 2-208
Memphis, TN 38197
(901) 419-3915

*Of Counsel:*
Michael Roberts (0047129)
Graydon Head & Richey LLP

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **SAMUEL L. PERKINS,** | ] | |
| **Plaintiff,** | ] | **Case No. C-1-02-432** |
| -vs- | ] | **Chief Judge S. Arthur Spiegel** |
| **INTERNATIONAL PAPER,** | ] | <u>**ORDER TO EXTEND DISCOVERY DEADLINE**</u> |
| **Defendant.** | ] | |

_____

    For good cause shown, and by agreement of the parties, IT IS HEREBY ORDERED that the deadline for discovery to be completed in the above matter is extended from April 1, 2004 to May 1, 2004. All discovery shall be completed by May 1, 2004 unless otherwise agreed between the parties and ordered by this Court.

    IT IS FURTHER ORDERED that any dispositive motions will be filed by June 1, 2004 (which is an extension from May 1, 2004). Motions must be filed by this date, and any motions filed after this date may be subject to a motion to strike.

IT IS SO ORDERED THIS _____ DAY OF _____, 2004.

 

                                                  _____
                                                  Magistrate