## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| SAMUEL L. PERKINS, | ] | |
| Plaintiff, | ] | Case No. 1:02-cv-00432 |
| -vs- | ] | Chief Judge S. Arthur Spiegel |
| INTERNATIONAL PAPER, | ] | **ORDER TO EXTEND DISCOVERY DEADLINE** |
| Defendant. | ] | |

    For good cause shown, and by agreement of the parties, IT IS HEREBY ORDERED that the deadline for discovery to be completed in the above matter is extended from April 1, 2004 to May 1, 2004. All discovery shall be completed by May 1, 2004 unless otherwise agreed between the parties and ordered by this Court.

    IT IS FURTHER ORDERED that any dispositive motions will be filed by June 1, 2004 (which is an extension from May 1, 2004). Motions must be filed by this date, and any motions filed after this date may be subject to a motion to strike.

IT IS SO ORDERED THIS _25th__ DAY OF ____March_____, 2004.


                                                      _s/S. Arthur Spiegel_____
                                                      S. Arthur Spiegel