IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| SAMUEL L. PERKINS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:02-CV-00432 |
| INTERNATIONAL PAPER, | ) ) ) |
| Defendant. | ) ) |

### STIPULATION OF VOLUNTARY DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for Plaintiff, Samuel L. Perkins, and Defendant, International Paper Company, that the above-entitled action be, and the same hereby is, dismissed with prejudice, each party to bear its own costs and attorneys fees.

Dated: April 3, 2004

James A. Whitaker
226 Reading Road
Mason, OH 45040
(513) 398-1910

Attorney for Plaintiff

Dated: March 30, 2004

Mary Jane Palmer (TN Bar 017511)
International Paper Company
6400 Poplar Ave., II-208
Memphis, TN 38197
(901) 419-3915

Michael Roberts (0047129)
Graydon Head & Richey LLP
1900 5th 3rd Center
511 Walnut Street
Cincinnati, OH 45202
(513) 629-2799

Attorneys for Defendant

SO ORDERED on this 3rd day of June, 2004.

_____
U. S. DISTRICT COURT JUDGE